ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL VII

| CAPITAL MANAGEMENT GROUP, LLC (COMO AGENTE DE JEFFERSON CAPITAL SYSTEMS, LLC)<br><br>Recurrido<br><br><br>V.<br><br>JOSÉ A. SÁNCHEZ FIGUEROA<br><br>Peticionario | KLCE202500464 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Caso Núm.: SJ2024CV05487<br><br>Sobre: Cobro de Dinero Ordinario |
|---|---|---|

Panel integrado por su presidenta, la Juez Domínguez Irizarry, el Juez Ronda Del Toro y el Juez Pérez Ocasio

**Ronda Del Toro, Juez Ponente**

## SENTENCIA

En San Juan, Puerto Rico, a 22 de mayo de 2025.

Considerada la *Moción de Desistimiento,* presentada por la parte peticionaria el 21 de mayo de 2025, se declara Ha Lugar. De conformidad con lo dispuesto en la Regla 83(A) de nuestro Reglamento, 4 L.P.R.A. Ap. XXII-B, R. 83 (A), se ordena el archivo de este caso por desistimiento.

**Notifíquese inmediatamente.**

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador
SEN2025_____